No. 90–6267. MARTIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6269. KHALIQ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–6272. DU'HART *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 90–6273. GIBSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6279. STINSON *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 90–6284. CONLEY *v.* WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 90–6286. BOLAND *v.* GENERAL MOTORS CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–6288. FRANCOIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6292. JACKSON *v.* JABE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 90–6295. KING *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–6298. BREEDING *v.* DAVIS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–6299. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6300. PRESLEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6305. YUSUFU *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6306. PINEDA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–6307. CLARK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.